NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


GEORGE FONSECA,                         )
                                        )
            Appellant,                  )
                                        )
v.                                      )        Case No. 2D18-2342
                                        )
KEVIN CAREY, as Administrator of        )
MICKY G. RIGBY,                         )
                                        )
            Appellee.                   )
_____ )

Opinion filed February 22, 2019.

Appeal from the Circuit Court for Collier
County; James R. Shenko, Judge.

Benjamin D. Lusk of Drasites &
Tolisano, P.A., Cape Coral, for
Appellant.

Scot E. Samis and Christopher Shand
of Traub Lieberman Straus, St.
Petersburg, for Appellee.


PER CURIAM.


            Affirmed.


KELLY, VILLANTI, and BLACK, JJ., Concur.